**FILED**
October 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>            Plaintiff,                       )<br>v.                                                   )<br>                                                         )<br>Jerry Davis,                                  )<br>                                                         )<br>_____) | Case No.  2:06-cr-426 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |
|             Defendant. | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __Jerry Davis__   Case __2:06-cr-426 MCE__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      ___   Bail Posted in the Sum of _____

      _X_   $25,000 Unsecured bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond secured by Real Property

      ___   Corporate Surety Bail Bond

      _X_   (Other) __PTS conditions/supervision__

Issued at __Sacramento, CA__ on __10/20/06__ at __2:25 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge