1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JERRY DAVIS
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:06-cr-0426-MCE
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14 JERRY DAVIS,                   )
                                  ) Date: December 5, 2006
15                                ) Time: 8:30 A.M.
                                  ) Judge: Hon. Morrison C. England
16              Defendant.        )
   _____
17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the current Status Conference

22 date of November 14, 2006 be vacated and a new date of December 5, 2006

23 be set for status.

24      Defense counsel has just been assigned this case and needs

25 additional time to review discovery and discuss the case with his

26 client.  Additionally defense counsel will be performing ongoing

27 investigation.

28 ///

It is further stipulated and agreed between the parties that the period between November 14, 2006 and December 5, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 2, 2006

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JERRY DAVIS

MCGREGOR W. SCOTT
United States Attorney

Dated:  November 2, 2006

/s/ Ned Smock for Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2