DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0426-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| JERRY DAVIS, ) | |
| ) | Date: February 13, 2007 |
| ) | Time: 8:30 A.M. |
| ) | Judge: Hon. Morrison C. England |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 9, 2007 be vacated and a new date of February 13, 2007 be set for status.

Defense counsel is engaged in extensive investigation in this case, including locating and interviewing out of state witnesses. Additional time is needed to perform that investigation.

It is further stipulated and agreed between the parties that the period between January 9, 2007 and February 13, 2007, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4).
6  Dated: January 4, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                            /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JERRY DAVIS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

15 Dated:  January 4, 2007
                                        /s/ Ned Smock for Michelle Rodriquez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney


                                     **ORDER**

19 **IT IS SO ORDERED.**

20 DATED: January 8, 2007


                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

2