DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0426-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JERRY DAVIS, | ) |
| | ) Date: February 20, 2007 |
| | ) Time: 8:30 A.M. |
| | ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 13, 2007 be vacated and a new date of February 20, 2007 be set for status.  Defense counsel is still engaged in extensive investigation in this case and needs further time to complete that investigation.

        It is further stipulated and agreed between the parties that the period between February 13, 2007 and February 20, 2007, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

      /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JERRY DAVIS

MCGREGOR W. SCOTT
United States Attorney

Dated:  February 8, 2007

/s/ Ned Smock for Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: February 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE