# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

## AMENDED PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Jerry Davis               **Docket No. CRS. 06-426-MCE**

**COMES NOW** <u>Rebecca A.Fidelman</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Jerry Davis</u>, who was placed on bond by the Honorable <u>Kimberly J. Mueller</u>, sitting in the Court at <u>Sacramento, California</u>, on the <u>20th</u> day of <u>October</u>, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1341-Mail Fraud; 18:287-False Claim to an Agency of the United States (two counts); 18:1001-False Statements.

**BOND CONDITIONS:** On October 20, 2006, the defendant was released on a $25,000 unsecured bond, Pretrial Services supervision and special conditions of release. <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was arrested for a violation Indecent Exposure on June 10, 2007, and he has made several statements that he is going to take his own life. He refused to agree to come to Pretrial Services after his appearance in state court this morning after informing the Pretrial Services officer he was writing his suicide note and requesting Pretrial Services ensure his body is buried next to his grandfather in Louisiana.

**PRAYING THAT THE COURT WILL ORDER** a warrant for the defendant's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

                                                      /s/ Rebecca A. Fidelman
                                                      Rebecca A. Fidelman
                                                      Pretrial Services Officer
                                                      DATE: June 13, 2007

## ORDER

\_\_\_\_\_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

\_\_\_\_\_ The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_ The Court orders a summons be issued with an appearance date of _____.

  X   The Court hereby orders this matter placed on this Court's calendar on Wednesday, June 13, 2007 at 2:00 p.m., and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_ The Court orders no action be taken.

                                                    Considered and ordered this 13th day of
                                                    June, 2007, and ordered filed and
                                                    made a part of the records in the above case.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer.