```
                                        FILED
                                        June 19, 2007
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        _____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-cr-426 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Jerry Davis, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jerry Davis</u>  Case <u>2:06-cr-426 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      __    Unsecured bond

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      X    (Other)   PTS conditions/supervision; 3rd party custodian *

Issued at <u>Sacramento, CA</u> on <u>6/19/07</u>   at   <u>3:05 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge

\* 3rd party custodian's signature on conditions statement to be provided no later than 5 p.m. on 6/20/07