```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:06-cr-00426-KJM
                                 )
12             Plaintiff,        )
                                 )
13         v.                    )   ORDER GRANTING U.S. MOTION
                                 )   TO DISMISS INDICTMENT
14  JERRY DAVIS,                 )   FILED OCTOBER 18, 2006
               Defendant.        )
15 _____)
```

16      Having considered the United States' "Motion to Dismiss

17 Indictment", it is hereby ORDERED that the Indictment filed on

18 October 18, 2006 against the above-captioned defendant be

19 DISMISSED.

20      This Order (Indictment dismissal) has no effect on the

21 misdemeanor Information filed on June 21, 2007 in Magistrate

22 Court in the above-captioned case.  Similarly, this Order has no

23 effect on the June 21, 2007 misdemeanor conviction as charged in

24 Information.

25  Dated: July 6, 2007

26

27                              _____
                                MORRISON C. ENGLAND, JR.
28                              UNITED STATES DISTRICT JUDGE